**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mark Picozzi,<br><br>Petitioner<br><br>v.<br><br>Jeremy Bean,<br><br>Respondent | Case No. 2:26-cv-01352-JAD-NJK<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 8] |

Counsel for Petitioner moves for a 90-day enlargement of time to file an amended petition.[1] This is the first request for an extension of this deadline, and petitioner represents that the respondent does not oppose the request.[2] So with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 8] is GRANTED. Petitioner has up to and including December 10, 2026, to file an amended petition.**

Dated: September 18, 2026

U.S. District Judge Jennifer A. Dorsey

[1] ECF No. 8.

[2] *Id.*